**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

OFIMIANO HERRERA,

    Plaintiff,

v.                                                   No. CV 21-922 DHU/CG

THE GEO GROUP, INC., et al.,

    Defendants.

## ORDER VACATING PRE-SETTLEMENT AND SETTLEMENT CONFERENCES

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the Telephonic Pre-Settlement Conference set for **Friday, September 30, 2022, at 2:00 p.m.**, and the Zoom Settlement Conference set for **Tuesday, October 11, 2022, at 9:00 a.m.**, are hereby **VACATED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE