IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

OFIMIANO HERRERA,

    Plaintiff,

v.                                                     No. CV 21-922 DHU/CG

THE GEO GROUP, INC., et al.,

    Defendants.

## ORDER EXTENDING DISCOVERY DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Case Deadlines* (the "Motion"), (Doc. 29), filed June 28, 2022. In the Motion, the parties request a 30-day extension of all discovery deadlines, explaining that "additional time is needed to retain experts and complete discovery." (Doc. 29 at 1). The Court, having reviewed the Motion, noting that it is filed jointly, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's prior scheduling order shall be modified as follows:

1. Defendants shall amend the pleadings and join additional parties by no later than **July 21, 2022**;

2. Plaintiff to identify in writing any expert witness to be used by Plaintiff at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **September 15, 2022**;

3. All other parties to identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **November 1, 2022**;

4. Discovery shall terminate by **December 16, 2022**;

5. Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) to be filed with the Court and served on opposing parties by **January 6, 2023**;

6. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by[1] **January 17, 2023**.

   **IT IS SO ORDERED**.

   _____
   THE HONORABLE CARMEN E. GARZA
   CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The Court will set a motions in limine deadline in a separate order.