IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

OFIMIANO HERRERA,

    Plaintiff,

v.                                                                                                                   No. CV 21-922 DHU/CG

THE GEO GROUP, INC., et al.,

    Defendants.

### ORDER VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court *sua sponte.* **IT IS HEREBY ORDERED** that the status conference scheduled for **Tuesday, July 12, 2022, at 10:30 a.m.** is **VACATED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE